■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE PAIGE, Appellant. [700 NYS2d 906] —Appeal unanimously dismissed as moot and matter remitted to Supreme Court to vacate the judgment of conviction and dismiss the indictment either *sua sponte* or on application of the District Attorney or the attorney who appeared for appellant (*see, People v Matteson*, 153 AD2d 793, *affd* 75 NY2d 745). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.—Murder, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Scudder and Balio, JJ.